917 So.2d 1092 (2005)
STATE ex rel. Drew PIZZO
v.
STATE of Louisiana.
No. 2005-KH-0303.
Supreme Court of Louisiana.
December 16, 2005.
In re State of Louisiana;  Defendant; Applying for Supervisory and/or Remedial Writs, Parish of Iberville, 18th Judicial District Court Div. B, No. 61,038; to the Court of Appeal, First Circuit, No. 2004 KW 2122.
Denied. La.C.Cr.P. art. 930.8; State ex rel. Glover v. State, 93-2330 (La.9/5/95), 660 So.2d 1189; cf. La.C.Cr.P. art. 930.8.